Case 4:12-cv-00114-HLM   Document 26   Filed 01/11/13   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BRIC A. NIPPER, | ) |
| Plaintiff, | ) Civil Action File |
| | ) Number: 4:12-cv-00114-HLM |
| V. | ) |
| PRIORITY MEDICAL, LLC, | ) |
| Defendant | ) |

## ORDER

This matter is before the Court on the parties' **Joint Stipulation of Dismissal** in the above-styled action. For good cause shown, the stipulation is granted.

**SO ORDERED** this 11th day of January 2013.

_____
Harold Murphy
UNITED STATES DISTRICT COURT